# EXHIBIT B

# Steve E. Bridgett

**From:** Anthony Leung (External) [swlal@siaowenleung.com]
**Sent:** Friday, April 13, 2007 10:42 PM
**To:** Steve E. Bridgett
**Subject:** Re: Information - Phoenix Laser

Dear Mr. Bridgett,

1.  We refer to your earlier emails and apologise for our late reply.

2.  Mr. Thomas Szeto is no longer with our firm and Sailfin Limited did not appear to be a client of ours. We have contacted Mr. Szeto for the information relating to Sailfin Limited; yet he cannot recall this company or the matter either.

3.  Further, we have conducted a company search on the said company. However, the company has not been registered in Hong Kong; it is a foreign company, we suppose. Thus, no information on the said company is available.

4.  In view of this, unless more information can be made available to us or to Mr. Szeto, we are afraid that there's little that either our firm or Mr. Szeto can do for you.

5.  In fact, you may contact Mr. Szeto direct at Tel No. (852) 2581-2581 and Fax No. (852) 2581-2121, address at Messrs. Chan & Co., Philip S.W., Office 2001, 20/F, ING Tower, 308, Des Voeux Road Central, Hong Kong.

Regards,

Anthony Leung

----- Original Message -----
**From:** Steve E. Bridgett
**To:** swlsn@siaowenleung.com
**Cc:** Jeoffrey Burtch
**Sent:** Tuesday, April 03, 2007 9:37 PM
**Subject:** FW: Information - Phoenix Laser

Steve Bridgett
Paralegal to Jeoffrey L. Burtch, Esq.
Chapter 7 Bankruptcy Panel Trustee
824 Market St., Suite 1000
Wilmington, DE 19899
302.984.3915 Office Direct
302.652.5379 Fax
sbridgett@coochtaylor.com Email

1

This electronic transmission, including any accompanying documents, contains information from Cooch and Taylor, P.A. which may be confidential or privileged. It is intended solely for the recipient. Use by any other party is not authorized. If you are not the intended recipient, please be aware that any disclosure, replication, distribution or use of the contents of this transmission is strictly prohibited. If you have received this transmission in error, please notify me immediately by return e-mail.

Mr. Leung:

I understand that your firm either represents or has represented Sailfin Limited. As indicated in my earlier email to you, Sailfin Limited is a creditor in a bankruptcy case here in Delaware, USA and is entitled to a distribution from the bankruptcy estate. However, we have had difficulty in locating the creditor. Please indicate whether or not Sailfin is or was a client of your firm and if our office can make distribution to to Sailfin Limited through you as counsel.

Thank you,

Steve Bridgett

---

**From:** Steve E. Bridgett
**Sent:** Tuesday, March 27, 2007 5:12 PM
**To:** 'swlsn@siaowenleung.com'
**Cc:** Jeoffrey Burtch
**Subject:** Information - Phoenix Laser

Mr. Anthony Leung:

I am a paralegal on the staff of Mr. Jeoffrey L. Burtch, a Chapter 7 Panel Trustee in the District of Delaware, USA. I am attempting to locate one of your attorneys or, in his absence, someone who may have assumed his case load. The attorney's name is Thomas Szeto. A client of his, Sailfin Limited, is a creditor in a bankruptcy case filed here in Delaware. The purpose of my request is to locate the creditor in order to turnover a distribution from the estate.

Can you provide me with any information regarding the parties listed above.

Thank you very much for your consideration.

Steve Bridgett
Paralegal to Jeoffrey L. Burtch, Esq.
Chapter 7 Bankruptcy Panel Trustee
824 Market St., Suite 1000
Wilmington, DE 19899
302.984.3915 Office Direct
302.652.5379 Fax
sbridgett@coochtaylor.com Email

This electronic transmission, including any accompanying documents, contains information from Cooch and Taylor, P.A. which may be confidential or privileged. It is intended solely for the recipient. Use by any other party is not authorized. If you are not the intended recipient, please be aware that any disclosure, replication, distribution or use of the contents of this transmission is strictly prohibited. If you have received this transmission in error, please notify me immediately by return e-mail.