# EXHIBIT C

# Jeoffrey L. Burtch,
# Chapter 7 Panel Trustee
# P.O. Box 549
# Wilmington, Delaware 19899-0549

Telephone #: (302) 984-3800                Facsimile #: (302) 984-3939

June 29, 2007

Sun Sun Chan
6-F, Block 3 Estoril Court
55 Garden Road
Hong Kong

RE:   *Phoenix Laser Systems, Inc.; Bankr. Case No. 95-1576 (PJW)*

Dear Mr. Chan:

The undersigned is the duly appointed, qualified and acting Trustee of the above-captioned Debtor estate. Enclosed for your records are copies of my Notices of Appointment as the Chapter 7 Trustee. I understand that you testified at the Section 341 Meeting for the above referenced debtor in February 1996.

On September 22, 2006, the US Bankruptcy Court in the District of Delaware entered an Order of Distribution in which the following parties are due funds based on claims filed against the Estate on April 4, 1996:

| | | |
|---|---|---|
| Claim number 38 | Sailfin, LTD C/O Thomas Szeto | $138,795.96 |
| Claim number 63 | Committee for New Management C/O Sun Sun Chan | $256,772.53 |

I am writing to solicit your assistance in locating these two creditors.

In advance, I thank you for your assistance in this matter. If you have any questions or concerns, please do not hesitate to contact either my assistant, Steve Bridgett at 302-984-3915 or me.

Very truly yours,

/s/ Jeoffrey L. Burtch
Jeoffrey L. Burtch,
Chapter 7 Trustee

Enclosures

JLB/seb

# Jeoffrey L. Burtch,
## Chapter 7 Panel Trustee
### P.O. Box 549
### Wilmington, Delaware 19899-0549

Telephone #: (302) 984-3800                                     Facsimile #: (302) 984-3939

June 29, 2007

Sun Sun Chan Financial Management Ltd.
Attn: Sun Sun Chan
3rd Floor, Admiralty Center
Hong Kong

RE:   *Phoenix Laser Systems, Inc.; Bankr. Case No. 95-1576 (PJW)*

Dear Mr. Chan:

The undersigned is the duly appointed, qualified and acting Trustee of the above-captioned Debtor estate. Enclosed for your records are copies of my Notices of Appointment as the Chapter 7 Trustee. I understand that you testified at the Section 341 Meeting for the above referenced debtor in February 1996.

On September 22, 2006, the US Bankruptcy Court in the District of Delaware entered an Order of Distribution in which the following parties are due funds based on claims filed against the Estate on April 4, 1996:

| | | |
|---|---|---|
| Claim number 38 | Sailfin, LTD C/O Thomas Szeto | $138,795.96 |
| Claim number 63 | Committee for New Management C/O Sun Sun Chan | $256,772.53 |

I am writing to solicit your assistance in locating these two creditors.

In advance, I thank you for your assistance in this matter. If you have any questions or concerns, please do not hesitate to contact either my assistant, Steve Bridgett at 302-984-3915 or me.

Very truly yours,


/s/ Jeoffrey L. Burtch
Jeoffrey L. Burtch,
Chapter 7 Trustee

Enclosures

JLB/seb