# EXHIBIT D

# Steve E. Bridgett

**From:** Giordano, Diane [Diane.Giordano@usdoj.gov]
**Sent:** Monday, February 26, 2007 11:29 AM
**To:** Steve E. Bridgett
**Cc:** Jeoffrey Burtch
**Subject:** RE: 95-1576 Phoenix Laser

Steve,

Several of us attempted to locate the creditors. We were unsuccessful. Sorry we could not be of more help.

--Diane

Diane M. Giordano, Bankruptcy Analyst
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801
Phone: 302-573-6491
Fax: 302-573-6497


**From:** Steve E. Bridgett [mailto:sbridgett@coochtaylor.com]
**Sent:** Thursday, February 22, 2007 12:09 PM
**To:** Giordano, Diane
**Cc:** Jeoffrey Burtch
**Subject:** 95-1576 Phoenix Laser

Diane:

Final distribution was made in this case on September 26, 2006. We are having difficulty locating two creditors. Can you provide assistance in locating the following:

1. Sailfin Limited c/o Thomas Szeto [SIAO, WEN & LEUNG]
   15th Fl., Hang Seng Bldg., 77 DES
   Voeux Road Central
   Hong Kong

2. Committee for New Management c/o Sun Sun Chan
   6-F, Block 3, Estoril Court
   55 Garden Road
   Hong Kong

Any assistance you can provide to locate these creditors will be appreciated.

Thank you,

Steve Bridgett
Paralegal to Jeoffrey L. Burtch, Esq.
Chapter 7 Bankruptcy Panel Trustee
824 Market St., Suite 1000

Wilmington, DE 19899
302.984.3915 Office Direct
302.652.5379 Fax
sbridgett@coochtaylor.com Email

This electronic transmission, including any accompanying documents, contains information from Cooch and Taylor, P.A. which may be confidential or privileged. It is intended solely for the recipient. Use by any other party is not authorized. If you are not the intended recipient, please be aware that any disclosure, replication, distribution or use of the contents of this transmission is strictly prohibited. If you have received this transmission in error, please notify me immediately by return e-mail.