IN THE UNITED STATES BANKRUPTY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| PHOENIX LASER SYSTEMS, INC., | : | |
| | : | CASE NO. 95-1576 (PJW) |
| Debtor. | : | |
| | : | Re Docket No. 263 |

## ORDER TO PAY UNCLAIMED FUNDS TO THE COURT

**IT IS ORDERED** that the Trustee shall pay unclaimed funds, as stated in the foregoing Motion, in the amount of $395,935.06 representing payment of claims to creditors and de minimis earned interest, to the Clerk, United States Bankruptcy Court for the District of Delaware.

_____
THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE

Ordered this 28 day of May, 2008.