**EXHIBIT D**

# Claims Proposed Distribution

### Case: 95-1576   PHOENIX LASER SYSTEMS, INC.

| Case Balance: | $0.00 | Total Proposed Payment: | $0.00 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | COOCH AND TAYLOR | Admin Ch. 7 | 1,959.22 | 1,959.22 | 1,959.22 | 0.00 | 0.00 | 0.00 |
| | <3120-00  Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
| | Claim Memo:   FINAL FEE APPLICATION PENDING | | | | | | | |
| | COOCH AND TAYLOR | Admin Ch. 7 | 24,136.50 | 19,943.00 | 19,943.00 | 0.00 | 0.00 | 0.00 |
| | <3110-00  Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| | Claim Memo:   FINAL FEE APPLICATION PENDING - TRUSTEE HAS AGREED TO DECREASE HIS FEES BY $4,193.50. | | | | | | | |
| | JEOFFREY L. BURTCH, TRUSTEE | Admin Ch. 7 | 7,835.98 | 7,835.98 | 7,835.98 | 0.00 | 0.00 | 0.00 |
| | <2200-00  Trustee Expenses> | | | | | | | |
| | JEOFFREY L. BURTCH, TRUSTEE | Admin Ch. 7 | 55,137.76 | 55,137.76 | 55,137.76 | 0.00 | 0.00 | 0.00 |
| | <2100-00  Trustee Compensation> | | | | | | | |
| | UNITED STATES BANKRUPTCY COURT | Admin Ch. 7 | 20.00 | 20.00 | 20.00 | 0.00 | 0.00 | 0.00 |
| | <2700-00  Clerk of the Court Costs (includes adversary and other filing fees)> | | | | | | | |
| | Claim Memo:   PAYMENT FOR AMENDED LIST OF CREDITORS FILED ON 2/1/96 | | | | | | | |
| | WHEELER WOLFENDEN & DWARES | Admin Ch. 7 | 100.66 | 100.66 | 100.66 | 0.00 | 0.00 | 0.00 |
| | <3320-00  Accountant for Trustee Expenses (Trustee Firm)> | | | | | | | |
| | Claim Memo:   FINAL FEE APPLICATION PENDING | | | | | | | |
| | WHEELER WOLFENDEN & DWARES | Admin Ch. 7 | 1,814.50 | 1,814.50 | 1,814.50 | 0.00 | 0.00 | 0.00 |
| | <3310-00  Accountant for Trustee Fees (Trustee Firm)> | | | | | | | |
| | Claim Memo:   FINAL FEE APPLICATION PENDING | | | | | | | |
| 1 | JOHN DUTTON, ESQ. | Unsecured | 90,076.17 | 90,076.17 | 12,502.22 | 77,573.95 | 0.00 | 0.00 |
| | Claim Memo:   Unsecured | | | | | | | |
| 2 | RESTORR TECHNOLOGY | Unsecured | 680.00 | 680.00 | 0.00 | 680.00 | 0.00 | 0.00 |
| | Claim Memo:   Unsecured | | | | | | | |
| 3 | HOWARD, RICE, NEMEROVSKI, CANADY | Unsecured | 135,764.34* | 135,764.34 | 18,843.54 | 116,920.80 | 0.00 | 0.00 |
| | Claim Memo:   Unsecured | | | | | | | |
| 4 | GENERAL ELECTRIC CAPITAL CORP. | Unsecured | 130.41 | 130.41 | 18.10 | 112.31 | 0.00 | 0.00 |
| | Claim Memo:   Unsecured | | | | | | | |
| 5 | PAUL R. YODER, JR. | Unsecured | 1,500.00 | 1,500.00 | 208.19 | 1,291.81 | 0.00 | 0.00 |
| | Claim Memo:   Unsecured | | | | | | | |
| 6 | ALOHA LEASING, A DIV. OF | Unsecured | 45,221.54 | 45,221.54 | 6,276.57 | 38,944.97 | 0.00 | 0.00 |
| | Claim Memo:   Unsecured | | | | | | | |
| 7 | COOLEY GODWARD CASTRO HUDDLESON & | Unsecured | 19,316.44 | 19,316.44 | 2,681.04 | 16,635.40 | 0.00 | 0.00 |
| | Claim Memo:   Unsecured | | | | | | | |
| | Description: 2nd Acct. # P3310-203 ; . | | | | | | | |

# Claims Proposed Distribution

### Case: 95-1576   PHOENIX LASER SYSTEMS, INC.

| Case Balance: | $0.00 | Total Proposed Payment: | $0.00 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 8 | STATE COMPENSATION INSURANCE FUND | Unsecured | 25,557.93* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Claim Memo:** Unsecured -- See Settlement 9/4/98 AP 97-1071. | | | | | | | |
| | Description: Expunged. Omni Order 1 -- Schedule A | | | | | | | |
| 9 | THE AMERICAN STOCK EXCHANGE | Unsecured | 821.92 | 821.92 | 114.08 | 707.84 | 0.00 | 0.00 |
| | **Claim Memo:** Unsecured | | | | | | | |
| 10 | PRINCIPAL MUTUAL LIFE INSURANCE CO. | Unsecured | 1,482.92 | 1,482.92 | 205.82 | 1,277.10 | 0.00 | 0.00 |
| | **Claim Memo:** Unsecured | | | | | | | |
| 11 | DIEPENBROCK, WULFF, PLANT | Unsecured | 14,653.64* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Claim Memo:** Unsecured -- Insufficient documentation. | | | | | | | |
| | Description: Expunged. Omni Order 1 -- Schedule C | | | | | | | |
| 12 | SCI LTD PARTNERSHIP I | Unsecured | 106,982.89 | 106,982.89 | 14,848.79 | 92,134.10 | 0.00 | 0.00 |
| | **Claim Memo:** Unsecured | | | | | | | |
| 13 | ALAMEDA COUNTY TAX COLLECTOR | Unsecured | 8,968.24 | 8,968.24 | 1,244.76 | 7,723.48 | 0.00 | 0.00 |
| | **Claim Memo:** Unsecured ReClassified Omni Order One - Schedule E (Originally listed as Secured) | | | | | | | |
| 14 | BOISE CASCADE OFFICE PRODUCTS | Unsecured | 330.47 | 330.47 | 45.87 | 284.60 | 0.00 | 0.00 |
| | **Claim Memo:** Unsecured | | | | | | | |
| 15 | LEWIS,D'AMATO,BRISBOIS & BISGAARD | Unsecured | 8,981.64 | 8,981.64 | 1,246.62 | 7,735.02 | 0.00 | 0.00 |
| | **Claim Memo:** Unsecured | | | | | | | |
| 16 | TRIDECS CORPORATION | Unsecured | 5,881.22 | 5,881.22 | 816.29 | 5,064.93 | 0.00 | 0.00 |
| | **Claim Memo:** Unsecured | | | | | | | |
| 17 | MORGAN & FINNEGAN, L.L.P. | Unsecured | 45,667.99* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Claim Memo:** Unsecured | | | | | | | |
| | Description: Expunged. Omni Order 1 -- Schedule C | | | | | | | |
| 18 | DOHAN AND COMPANY, CPA'S, PA | Unsecured | 62,640.25 | 62,640.25 | 8,694.21 | 53,946.04 | 0.00 | 0.00 |
| | **Claim Memo:** Unsecured | | | | | | | |
| 19 | HOPKINS & CARLEY LAW FIRM | Unsecured | 1,129.00 | 1,129.00 | 156.70 | 972.30 | 0.00 | 0.00 |
| | **Claim Memo:** Unsecured | | | | | | | |
| 20 | GOODIN,MACBRIDE,SQUERI ET AL | Unsecured | 20,000.00* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Claim Memo:** Unsecured -- Insufficient documentation. | | | | | | | |
| | Description: Expunged. Omni Order 1 -- Schedule C | | | | | | | |

(*) Denotes objection to Amount Filed

# Claims Proposed Distribution

### Case: 95-1576  PHOENIX LASER SYSTEMS, INC.

| Case Balance: | $0.00 | Total Proposed Payment: | $0.00 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 21 | CAPUDER & ARNOFF, P.C. | Unsecured | 50,000.00 | 50,000.00 | 6,939.80 | 43,060.20 | 0.00 | 0.00 |
| | Claim Memo: Unsecured | | | | | | | |
| 22 | VALLEY RELOCATION AND STORAGE | Unsecured | 17,050.90 | 17,050.90 | 2,366.60 | 14,684.30 | 0.00 | 0.00 |
| | Claim Memo: Unsecured<br>Reclassified - Omni Order Schedule E<br>(Originally Listed as Secured) | | | | | | | |
| 23 | FREDERICK C. PHILLIPS | Unsecured | 1,441.42 | 1,441.42 | 0.00 | 1,441.42 | 0.00 | 0.00 |
| | Claim Memo: Unsecured | | | | | | | |
| 24 | LEASEAMERICA CORPORATION UNIT OF GE CAPITAL CORPORATION | Unsecured | 12,514.37 | 12,514.37 | 1,736.94 | 10,777.43 | 0.00 | 0.00 |
| | Claim Memo: Unsecured | | | | | | | |
| 25 | FRANK J. CANNATA | Unsecured | 365,992.51* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Claim Memo: Unsecured<br>Description: Expunged. Omni Order 2 | | | | | | | |
| 26 | JAY GEE | Unsecured | 177,721.64* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Claim Memo: Unsecured<br>Description: Expunged. Omni Order 1 - Schedule A<br>Claim barred by earlier Settlement. See Order Approving Settlement and Release of Claims dated 7/24/97. | | | | | | | |
| 27 | MARY HERRED | Unsecured | 18,543.09* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Claim Memo: Unsecured<br>Description: Expunged. Omni Order 2 | | | | | | | |
| 28 | JOANN SCHULZ | Unsecured | 540,369.86* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Claim Memo: Unsecured<br>Description: Expunged. Omni Order 2<br>Claim barred by Settlement and Release of Claims-Ciarletto, et al. v. Phoenix Laser Systems, Inc.   CA Superior Court for the County of Almeda, Hayward Division. Case No. H174291-6 PJW dated 6/5/96. | | | | | | | |
| 29 | MICRODYNE, INC. | Unsecured | 311,012.88* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Claim Memo: Unsecured<br>Description: Expunged. Omni Order 2<br>Filed Involuntary Bankruptcy in CA, which was dismissed. Phoenix Laser awarded fees. | | | | | | | |
| 30 | STEVEN SCHIFFER | Unsecured | 182,630.14* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Claim Memo: Unsecured<br>Description: Expunged. Omni Order 2<br>Claim barred by Settlement and Release of Claims-Ciarletto, et al. v. Phoenix Laser Systems, Inc.   CA Superior Court for the County of Almeda, Hayward Division. Case No. H174291-6 PJW dated 6/5/96. | | | | | | | |
| 31 | DOUGLAS W. HEGE, JR. | Unsecured | 133,884.29* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Claim Memo: Unsecured<br>Description: Expunged. Omni Order 2<br>Insufficient documentation. | | | | | | | |
| 32 | SHEFSKY FROELICH & DEVINE LTD. | Unsecured | 756.09 | 756.09 | 104.94 | 651.15 | 0.00 | 0.00 |
| | Claim Memo: Unsecured | | | | | | | |

(*) Denotes objection to Amount Filed

# Claims Proposed Distribution

## Case: 95-1576    PHOENIX LASER SYSTEMS, INC.

| Case Balance: | $0.00 | Total Proposed Payment: | $0.00 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 33 | H. ALFRED SKLAR | Unsecured | 275,000.00* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Claim Memo:** Unsecured<br>Description: Expunged. Omni Order 1<br>Insufficient documentation. | | | | | | | |
| 34 | OLGA FERRER SKLAR, M.D. | Unsecured | 52,173.39* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Claim Memo:** Unsecured<br>Description: Expunged. Omni Order 1 - Schedule C<br>Insufficient documentation. | | | | | | | |
| 35 | ANNE KEAY WALLACE | Unsecured | 24,429.64 | 24,429.64 | 3,390.74 | 21,038.90 | 0.00 | 0.00 |
| | **Claim Memo:** Unsecured | | | | | | | |
| 36 | H. ALFRED SKLAR | Unsecured | 690,000.00* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Claim Memo:** Unsecured<br>Description: Expunged. Omni Order 1 - Schedule C.<br>Insufficient documentation. | | | | | | | |
| 37 | KRAMER, LEVIN, NAFTALIS ET AL | Unsecured | 163,952.82 | 163,952.82 | 22,755.99 | 141,196.83 | 0.00 | 0.00 |
| | **Claim Memo:** Unsecured | | | | | | | |
| 38 | SAILFIN LIMITED C/O THOMAS SZETO [SIAO,WEN & LEUNG | Unsecured | 1,000,000.00 | 1,000,000.00 | 0.00 | 1,000,000.00 | 0.00 | 0.00 |
| | **Claim Memo:** Unsecured<br>Reclassified per Omni Order One - Schedule E<br>(Originally listed as Secured) | | | | | | | |
| 39 | COMMITTEE FOR NEW MANAGEMENT C/O SUN SUN CHAN | Unsecured | 1,850,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Claim Memo:** Unsecured<br>Description: Expunged. Omni Order One - Scheduule D.<br>Insufficient documentation. | | | | | | | |
| 40 | POTTER ANDERSON & CORROON | Unsecured | 27,264.07 | 27,264.07 | 3,784.14 | 23,479.93 | 0.00 | 0.00 |
| | **Claim Memo:** Unsecured | | | | | | | |
| 41 | WEN YUAN HUANG | Unsecured | 1,072.50 | 1,072.50 | 148.86 | 923.64 | 0.00 | 0.00 |
| | **Claim Memo:** Unsecured | | | | | | | |
| 42 | WEN YUAN HUANG | Unsecured | 2,970.00 | 2,970.00 | 412.22 | 2,557.78 | 0.00 | 0.00 |
| | **Claim Memo:** Unsecured | | | | | | | |
| 43 | CHOATE, HALL & STEWART CHARLES L. GLERUM, P.C. | Unsecured | 704,706.50 | 528,393.20 | 73,338.84 | 455,054.36 | 0.00 | 0.00 |
| | **Claim Memo:** Unsecured<br>Description: Stipulation to Reduce Claim.<br>Please see Dkt#s 232 & 235. Insufficient documentation. | | | | | | | |

(*) Denotes objection to Amount Filed

# Claims Proposed Distribution

### Case: 95-1576   PHOENIX LASER SYSTEMS, INC.

| Case Balance: | $0.00 | Total Proposed Payment: | $0.00 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 44 | SHERMAN JENKINS | Unsecured | 173,600.00 | 173,600.00 | 24,094.98 | 149,505.02 | 0.00 | 0.00 |
| | Claim Memo:  Unsecured | | | | | | | |
| 45 | PERFECT ENTERPRISES LIMITED UNIT 502, 5/F | Unsecured | 200,000.00 | 200,000.00 | 27,759.19 | 172,240.81 | 0.00 | 0.00 |
| | Claim Memo:  Unsecured | | | | | | | |
| 46 | ROBERT CIARLETTO | Unsecured | 30,000.00* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Claim Memo:  Unsecured | | | | | | | Insufficient |
| | Description: Expunged. Omni Order 1 - Schedule A/ documentation. | | | | | | | |
| 47 | ROBERT CIARLETTO | Unsecured | 56,000,000.00* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Claim Memo:  Unsecured | | | | | | | |
| | Description: Expunged. Omni Order 1 - Schedule A  Insufficient Documentation. | | | | | | | |
| 48 | ROBERT SISSON | Unsecured | 10,000.00* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Claim Memo:  Unsecured | | | | | | | Insufficient |
| | Description: Expunged. Omni Order 1 - Schedule A documentation. | | | | | | | |
| 49 | ROBERT SISSON | Unsecured | 56,000,000.00* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Claim Memo:  Unsecured | | | | | | | |
| | Description: Expunged. Omni Order 1 - Schedule A  Insufficient documentation. | | | | | | | |
| 50 | KLUGER, PERETZ, KAPLAN & BERLIN | Unsecured | 1,544,715.90* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Claim Memo:  Unsecured | | | | | | | |
| | Description: Expunged. Omni Order 1 - Schedule A  Insufficient documentation. | | | | | | | |
| 51 | SISSON, CIARLETTO, JOHN' DOES | Unsecured | 20,000,000.00* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Claim Memo:  Unsecured | | | | | | | |
| | Description: Expunged. Omni Order 1 - Schedule A.  Insufficient documentation.  See also 5/16/96 settlement. | | | | | | | |
| 52 | STEEFEL, LEVITT & WEISS | Unsecured | 248,439.08* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Claim Memo:  Unsecured | | | | | | | |
| | Description: Expunged. Omni Order 1 - Schedule C  Insufficient documentation. | | | | | | | |
| 53 | SUN SUN CHAN | Unsecured | 0.00* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Claim Memo:  Unsecured | | | | | | | Claim barred by |
| | Description: Expunged. Omni Order 1 - Schedule A.  Settlement and Release of Claims-Ciarletto, et al. v. Phoenix Laser Systems, Inc.  CA Superior Court for the County of Almeda, Hayward Division. Case No. H174291-6 PJW dated 6/5/96. | | | | | | | |
| 54 | RICHARD M. BLISS | Unsecured | 0.00* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Claim Memo:  Unsecured | | | | | | | |
| | Description: Expunged. Omni Order 1 - Schedule A  Claim barred by Settlement and Release of Claims-Ciarletto, et al. v. Phoenix Laser Systems, Inc.  CA Superior Court for the County of Almeda, Hayward Division. Case No. H174291-6 PJW dated 6/5/96. | | | | | | | |

(*) Denotes objection to Amount Filed

# Claims Proposed Distribution

### Case: 95-1576    PHOENIX LASER SYSTEMS, INC.

| Case Balance: | $0.00 | Total Proposed Payment: | $0.00 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 55 | KONG FAN LI | Unsecured | 0.00* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Claim Memo:** Unsecured | | | | | | | |
| | Description: Expunged. Omni Order 1 - Schedule A | | | | | | | |
| | Insufficient documentation. | | | | | | | |
| 56 | FRANCIS W. CHEN | Unsecured | 0.00* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Claim Memo:** Unsecured | | | | | | | |
| | Description: Expunged. Omni Order 1 - Schedule A. | | | | | | | |
| | Claim barred by Settlement and Release of Claims-Ciarletto, et al. v. Phoenix Laser Systems, Inc.   CA Superior Court for the County of Almeda, Hayward Division. Case No. H174291-6 PJW dated 6/5/96. | | | | | | | |
| 57 | TERRANCE LEIGHTON | Unsecured | 0.00* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Claim Memo:** Unsecured | | | | | | | |
| | Description: Expunged. Omni Order 1 | | | | | | | |
| 58 | ROY S. SCHMEISSING | Unsecured | 0.00* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Claim Memo:** Unsecured | | | | | | | |
| | Description: Expunged. Omni Order 1 - Schedule A. | | | | | | | |
| | See Final Order Pursuant to Rule 9019...approving compromise and settlement of disputed claim with concerning Roy S. Schmeissing -- but not signed. AP 97-00477 Docket No.7.(9/7/99) | | | | | | | |
| 59 | BERNARD SZETO | Unsecured | 0.00* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Claim Memo:** Unsecured | | | | | | | |
| | Description: Expunged. Omni Order 1 - Schedule A. | | | | | | | |
| | Claim barred by Settlement and Release of Claims-Ciarletto, et al. v. Phoenix Laser Systems, Inc.   CA Superior Court for the County of Almeda, Hayward Division. Case No. H174291-6 PJW dated 6/5/96. | | | | | | | |
| 60 | JOHN WARNER | Unsecured | 0.00* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Claim Memo:** Unsecured | | | | | | | |
| | Description: Expunged. Omni Order 1 - Schedule A | | | | | | | |
| | Insufficient documentation. | | | | | | | |
| 61 | LAWRENCE A. YANNUZZI | Unsecured | 0.00* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Claim Memo:** Unsecured | | | | | | | |
| | Description: Expunged. Omni Order 1 - Schedule A. | | | | | | | |
| | Claim barred by Settlement and Release of Claims-Ciarletto, et al. v. Phoenix Laser Systems, Inc.   CA Superior Court for the County of Almeda, Hayward Division. Case No. H174291-6 PJW dated 6/5/96. | | | | | | | |
| 62 | SUN SUN CHAN | Unsecured | 237,400.00* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Claim Memo:** Unsecured | | | | | | | |
| | Description: Expunged. Omni Order 2 | | | | | | | |
| | Claim barred by Settlement and Release of Claims-Ciarletto, et al. v. Phoenix Laser Systems, Inc.   CA Superior Court for the County of Almeda, Hayward Division. Case No. H174291-6 PJW dated 6/5/96. | | | | | | | |
| 63 | COMMITTEE FOR NEW MANAGEMENT C/O SUN SUN CHAN | Unsecured | 1,850,000.00 | 1,850,000.00 | 0.00 | 1,850,000.00 | 0.00 | 0.00 |
| | **Claim Memo:** Unsecured | | | | | | | |
| | Duplicate of Claim No. 39. Claim No. 39 Expunged. | | | | | | | |
| 64 | STATE OF DELAWARE DIV. OF CORPORATIONS | Unsecured | 149,962.20* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Claim Memo:** Unsecured | | | | | | | |
| | Description: Expunged. Omni Order 2 | | | | | | | |

(*) Denotes objection to Amount Filed

# Claims Proposed Distribution

## Case: 95-1576   PHOENIX LASER SYSTEMS, INC.

| Case Balance: | $0.00 | Total Proposed Payment: | $0.00 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 65 | PACIFIC BELL BANKRUPTCY DEPT. | Unsecured | 395.50* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   | **Claim Memo:** Unsecured | | | | | | | |
|   | Description: Expunged. Omni Order 1 | | | | | | | |
| 66 | NATH & ASSOCIATES | Unsecured | 21,224.67* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   | **Claim Memo:** Unsecured | | | | | | | |
|   | Description: Expunged. Omni Order 1 | | | | | | | |
| 67 | TECH VENTURES, INC. | Unsecured | 217,500.00* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   | **Claim Memo:** Unsecured | | | | | | | |
|   | Description: Expunged. Omni Order 1 | | | | | | | |
| 68 | REGINA A. WIERBOWSKI | Unsecured | 13,050.00* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   | **Claim Memo:** Unsecured | | | | | | | |
|   | Description: Expunged. Omni Order 1 | | | | | | | |
| | **Total for Case 95-1576 :** | | 143,986,565.09 | $4,630,163.58 | $321,547.16 | $4,308,616.42 | $0.00 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $91,004.62 | $86,811.12 | $86,811.12 | $0.00 | 100.000000% |
| **Total Unsecured Claims :** | 143,895,560.47 | $4,543,352.46 | $234,736.04 | $0.00 | 5.166582% |

(*) Denotes objection to Amount Filed